UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:
MIRIAM RIVKIND                              )          CASE: 6:15-bk-01933-KSJ
_____Debtor_____ )

**MOTION FOR WITHDRAW AS COUNSEL FOR DEBTOR**

COMES NOW the attorney for the debtor, files this motion, and states:

1. Debtor retained the undersigned attorney for preparation and filing of a Chapter 7 Bankruptcy petition and schedules.

2. The undersigned attorney has performed the duties for which he was retained by the Debtor.

3. A hearing on the Trustee's Objection to Debtor's Claim of Exemptions is set for December 8, 2015.

4. The debtor has informed the undersigned attorney that she no longer wants the attorney to represent her in this case.

WHEREFORE the undersigned attorney requests to be removed as attorney of record for debtor.

I HEREBY CERTIFY that a true copy hereof has been furnished by U.S. mail to Miriam C. Rivkind, 378 W Washington Avenue, Pierson, FL 32180 and by electronic transmission via CM/ECF to Bradley M. Saxton, Attorney for Trustee Carla Musselman; Carla Musselman, Trustee; and to the United States Trustee on October 14, 2015.

/s/ Stacy A. Eckert
_____
Stacy A. Eckert, Esquire
Florida Bar No.: 0988170
Stacy A. Eckert, P.A.
2445 S. Volusia Avenue, C-1
Orange City, FL 32763
(386) 775-8228
Attorney for Debtor