**UNITED STATES BANKRUPTCY COURT**
MIDDLE **DISTRICT OF** FLORIDA
ORLANDO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RIVKIND, MIRIAM C. | § | Case No. 6:15-bk-01933-KSJ |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/06/2015 . The undersigned trustee was appointed on 03/09/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 114,074.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 613.14 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 113,460.86 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/07/2015 and the deadline for filing governmental claims was 01/01/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,953.70 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,953.70 , for a total compensation of $ 8,953.70 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 160.29 , for total expenses of $ 160.29 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/29/2018 By:/s/Carla Musselman, Trustee
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit A

Case No: 15-01933 KSJ Judge: Karen S. Jennemann
Case Name: RIVKIND, MIRIAM C.

For Period Ending: 01/29/18

Trustee Name: Carla Musselman, Trustee
Date Filed (f) or Converted (c): 03/06/15 (f)
341(a) Meeting Date: 04/08/15
Claims Bar Date: 07/07/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead - 378 Washington Pierson, FL | 148,858.00 | 10,000.00 | | 10,000.00 | FA |
| 2. Financial Accounts BBT 6936 | 350.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry | 100.00 | 100.00 | | 0.00 | FA |
| 6. Annuities - New York Life annuity | 129,809.26 | 50,000.00 | | 50,000.00 | FA |
| 7. Annuities - The Standard annuity | 104,000.00 | 40,000.00 | | 40,000.00 | FA |
| 8. Pension / Profit Sharing Fidelity IRA | 23,243.78 | 0.00 | | 0.00 | FA |
| 9. Contingent Claims - Possible Bad Faith Claim | Unknown | 10,000.00 | OA | 0.00 | FA |
| 10. 2012 Honda CRV - VIN: 5J6RM3H31CL036692 | 16,850.00 | 14,000.00 | | 14,000.00 | FA |
| 11. Animals | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Income Tax Refund (u) | 0.00 | 74.00 | | 74.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $424,211.04 | $124,174.00 | | $114,074.00 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**



Exhibit A

Case No: 15-01933 KSJ Judge: Karen S. Jennemann

Case Name: RIVKIND, MIRIAM C.

Trustee Name: Carla Musselman, Trustee

Date Filed (f) or Converted (c): 03/06/15 (f)

341(a) Meeting Date: 04/08/15

Claims Bar Date: 07/07/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/07/15: Motion to Dismiss Case. as Bad Faith Filing Pursuant to 11 U.S.C. Section 707(a)

04/08/15: 341 meeting held and continued

05/06/15: 341 meeting held and continued

05/20/15: 341 meeting held and continued

05/28/15: Application to Employ Bradley M. Saxton and the law firm of Winderweedle, Haines, Ward & Woodman, PA as attorney

06/03/15: 341 meeting held and concluded.

06/08/15: Order Approving Application to Employ Bradley M. Saxton and the firm of Winderweedle, Haines, Ward & Woodman, P.A.

10/15: Trial on objection to exemptions scheduled in December 2015.

11/23/15: Order Granting Motion for Stacy Eckert to Withdraw as Counsel for Debtor

11/23/15: Order Granting Motion to Extend Time to File Responses to Trustee's Discovery Request.

09/17: Final settlement payment received. Case is ready to close, pending final fee applications.

RE PROP# 1---The East 1/2 of The West 1/2 of The Southwest 1/4 of The Southeast 1/4 of Section 28, Township 14 South, Range 28 East, lying and being situated in Volusia County, Florida. Property is 11+/- acres inside the city limits of Pierson. Debtor's homestead exemption is for 1/2 acre of land and the home. a/k/a 378 W Washington Ave Pierson. Fl 32180

07/15: Objection to Exemptions filed

09/16: Motion for settlement and compromise. Debtor to pay $100k to settle all matters related to objection to exemptions for assets 1,6, & 7.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 15-01933 KSJ Judge: Karen S. Jennemann
Case Name: RIVKIND, MIRIAM C.

Trustee Name: Carla Musselman, Trustee
Date Filed (f) or Converted (c): 03/06/15 (f)
341(a) Meeting Date: 04/08/15
Claims Bar Date: 07/07/15

10/16: Order granting compromise.
09/17: Withdrawal of objection to exemptions after satisfaction of compromise monies.

RE PROP# 3---couch, loveseat, 3 end tables, table & 8 chairs, refrigerator, stove, microwave, table & 3 chairs, 3 beds, bunk beds, 3 dressers, 2 end tables, photo albums, christmas decorations, tools, freezer

RE PROP# 4---everyday clothing and shoes

RE PROP# 5---earrings and wedding band

RE PROP# 6---05/15: Debtor purchased annuity 8/06/12 in the amount of $125,000.
07/15: Objection to exemptions.
09/16: Motion for settlement and compromise. Debtor to pay $100k to settle all matters related to objection to exemptions for assets 1,6, & 7.
10/16: Order granting compromise.
09/17: Withdrawal of objection to exemptions after satisfaction of compromise monies.

RE PROP# 7---05/15: Debtor purchased annuity oon 8/09/12 for $100,000.
07/15: Objection to exemptions.
09/16: Motion for settlement and compromise. Debtor to pay $100k to settle all matters related to objection to exemptions for assets 1,6, & 7.
10/16: Order granting compromise.
09/17: Withdrawal of objection to exemptions after satisfaction of compromise monies.

RE PROP# 8---Rollover funds from Nationwide Retirement account 403b

RE PROP# 9---Potential claim against State Farm Insruance for denial of coverage/improper coverage/fraud
03/16: Debtor amended to disclose asset again after state court ruling adding E&O coverage claim against State Farm.
09/16: Trustee still investigating claim. Trustee value of claim is minimal to comply with UST reporting requirements of 2nd interim cycle. Trustee has meet with debtor and debtor attorney to determine cause of action at length. Debtor provided trustee with potential special counsel who is still reviewing the facts.
10/19/16: Notice of Abandonment filed

RE PROP# 10---2012 Honda CRV, 15000 miles, good condition
05/15: Estate named as loss payee and additional insured.
08/03/15: Notice of Intent to Sell filed
08/31/15: Report of Sale filed

RE PROP# 11---dog

RE PROP# 12---05/15: Debtor recieving $74 with no EIC.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 15-01933 KSJ Judge: Karen S. Jennemann
Case Name: RIVKIND, MIRIAM C.

Trustee Name: Carla Musselman, Trustee
Date Filed (f) or Converted (c): 03/06/15 (f)
341(a) Meeting Date: 04/08/15
Claims Bar Date: 07/07/15

Initial Projected Date of Final Report (TFR): 08/31/16 Current Projected Date of Final Report (TFR): 01/31/18

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 15-01933 -KSJ
Case Name: RIVKIND, MIRIAM C.

Taxpayer ID No: *******5197
For Period Ending: 01/29/18

Trustee Name: Carla Musselman, Trustee
Bank Name: UNION BANK
Account Number / CD #: *******6068 Checking Account

Blanket Bond (per case limit): $ 21,463,797.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/04/15 | | INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Income Tax refund | 1224-000 | 74.00 | | 74.00 |
| 06/04/15 | 12 | Asset Sales Memo: | 2014 Income Tax Refund $74.00 | | | | 74.00 |
| 07/23/15 | | MIRIAM C. RIVKIND<br>378 WEST WASHINGTON AVENUE<br>PIERSON, FL 32180 | Buyback Installment | 1129-000 | 14,000.00 | | 14,074.00 |
| 07/23/15 | 10 | Asset Sales Memo: | 2012 Honda CRV - VIN: 5J6RM3H31CL036692 $14,000.00 | | | | 14,074.00 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 14,059.00 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.91 | 14,038.09 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.21 | 14,017.88 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.86 | 13,997.02 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.16 | 13,976.86 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.80 | 13,956.06 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.71 | 13,935.35 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 19.35 | 13,916.00 |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.65 | 13,895.35 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 15-01933 -KSJ
Case Name: RIVKIND, MIRIAM C.
Taxpayer ID No: *******5197
For Period Ending: 01/29/18

Trustee Name: Carla Musselman, Trustee
Bank Name: UNION BANK
Account Number / CD #: *******6068 Checking Account
Blanket Bond (per case limit): $ 21,463,797.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 19.95 | 13,875.40 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.59 | 13,854.81 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 19.90 | 13,834.91 |
| 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.53 | 13,814.38 |
| 09/22/16 | | MIRIAM C. RIVKIND<br>378 WEST WASHINGTON AVENUE<br>PIERSON, FL 32180 | Settlement of Adversary | 1110-000 | 10,000.00 | | 23,814.38 |
| 09/22/16 | 1 | Asset Sales Memo: | Homestead - 378 Washington Pierson, FL $10,000.00 | | | | 23,814.38 |
| 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.50 | 23,793.88 |
| 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 23.64 | 23,770.24 |
| 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.26 | 23,734.98 |
| 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 34.09 | 23,700.89 |
| 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.17 | 23,665.72 |
| 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.21 | 23,630.51 |
| 03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 31.77 | 23,598.74 |
| 04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.11 | 23,563.63 |

**FORM 2**

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-01933 -KSJ
Case Name: RIVKIND, MIRIAM C.

Taxpayer ID No: *******5197
For Period Ending: 01/29/18

Trustee Name: Carla Musselman, Trustee
Bank Name: UNION BANK
Account Number / CD #: *******6068 Checking Account

Blanket Bond (per case limit): $ 21,463,797.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 33.93 | 23,529.70 |
| 06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.01 | 23,494.69 |
| 07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 33.83 | 23,460.86 |
| 08/14/17 | | MIRIAM C. RIVKIND<br>378 WEST WASHINGTON AVENUE<br>PIERSON, FL 32180 | Preference / Fraudulent Transfer | 1129-000 | 90,000.00 | | 113,460.86 |
| 08/14/17 | 6 | Asset Sales Memo: | Annuities - New York Life annuity $50,000.00 | | | | 113,460.86 |
| 08/14/17 | 7 | Asset Sales Memo: | Annuities - The Standard annuity $40,000.00 | | | | 113,460.86 |

Account *******6068

| | | | |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 9 | Deposits | | 114,074.00 |
| 0 | Interest Postings | | 0.00 |
| | Subtotal | $ | 114,074.00 |
| 0 | Adjustments In | | 0.00 |
| 0 | Transfers In | | 0.00 |
| | Total | $ | 114,074.00 |

| | | | |
|---|---|---|---|
| 0 | Checks | | 0.00 |
| 24 | Adjustments Out | | 613.14 |
| 0 | Transfers Out | | 0.00 |
| | Total | $ | 613.14 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**



Exhibit B

Case No: 15-01933 -KSJ
Case Name: RIVKIND, MIRIAM C.

Taxpayer ID No: *******5197
For Period Ending: 01/29/18

Trustee Name: Carla Musselman, Trustee
Bank Name: UNION BANK
Account Number / CD #: *******6068 Checking Account

Blanket Bond (per case limit): $ 21,463,797.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

# Middle District of Florida
# Claims Register

Trustee reviewed claims —

6:15-bk-01933-KSJ Miriam C. Rivkind

**Judge:** Karen S. Jennemann **Chapter:** 7
**Office:** Orlando **Last Date to file claims:** 07/07/2015
**Trustee:** Carla P Musselman **Last Date to file (Govt):**

| Creditor: (25359738) BellSouth Telecommunications, Inc. % AT&T Services, Inc Karen Cavagnaro, Paralegal One AT&T Way, Room 3A104 Bedminster, NJ 07921 | Claim No: 1 Original Filed Date: 03/12/2015 Original Entered Date: 03/12/2015 | Status: Filed by: CR Entered by: SBC Modified: |
|---|---|---|
| Amount claimed: $138.38 | | |
| History: Details 1-1 03/12/2015 Claim #1 filed by BellSouth Telecommunications, Inc., Amount claimed: $138.38 (SBC) | | |
| Description: 3229 - Services | | |
| Remarks: | | |

| Creditor: (25363225) BB&T, Bankruptcy Section 100-50-01-51 PO Box 1847 Wilson, NC 27894 | Claim No: 2 Original Filed Date: 03/13/2015 Original Entered Date: 03/13/2015 | Status: Filed by: CR Entered by: BB&T (TW) Modified: |
|---|---|---|
| Amount claimed: $11320.44 | | |
| History: Details 2-1 03/13/2015 Claim #2 filed by BB&T, Bankruptcy Section, Amount claimed: $11320.44 (BB&T (TW)) | | |
| Description: 1402 - CC | | |
| Remarks: | | |

| Creditor: (25345879) Internal Revenue Service Post Office Box 7346 Philadelphia PA 19101-7346 | Claim No: 3 Original Filed Date: 03/26/2015 Original Entered Date: 03/26/2015 Last Amendment Filed: 04/23/2015 Last Amendment Entered: 04/23/2015 | Status: Filed by: CR Entered by: Internal Revenue Service Modified: |
|---|---|---|
| Amount claimed: $0.00 | | |
| Secured claimed: $0.00 | | |



| Priority | claimed: | $0.00 | ✓ |
|---|---|---|---|

History:

| | | | |
|---|---|---|---|
| Details | 3-1 | 03/26/2015 | Claim #3 filed by Internal Revenue Service, Amount claimed: $1500.00 (Internal Revenue Service) |
| Details | 3-2 | 04/23/2015 | Amended Claim #3 filed by Internal Revenue Service, Amount claimed: $0.00 (Internal Revenue Service) |

Description: $0

Remarks:

| | | |
|---|---|---|
| Creditor: (25345888)<br>Jeena Tomasheski<br>c/o Scott B. Smith<br>515 N. Flagler Drive,<br>10th Floor<br>West Palm Beach, FL 33401 | **Claim No: 4**<br>*Original Filed*<br>*Date*: 04/07/2015<br>*Original Entered*<br>*Date*: 04/07/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Brett A Elam<br>*Modified:* |

| Amount | claimed: | $5000000.00 | ✓ |
|---|---|---|---|

History:

| | | | |
|---|---|---|---|
| Details | 4-1 | 04/07/2015 | Claim #4 filed by Jeena Tomasheski, Amount claimed: $5000000.00 (Elam, Brett) |

Description: (4-1) Based upon injury caused by negligent operation of a motor vehicle

Remarks:

| | | |
|---|---|---|
| Creditor: (25457869)<br>Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | **Claim No: 5**<br>*Original Filed*<br>*Date*: 04/21/2015<br>*Original Entered*<br>*Date*: 04/21/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Quantum3 Group, LLC (FR)<br>*Modified:* |

| Amount | claimed: | $349.44 | ✓ |
|---|---|---|---|

History:

| | | | |
|---|---|---|---|
| Details | 5-1 | 04/21/2015 | Claim #5 filed by Quantum3 Group LLC as agent for, Amount claimed: $349.44 (Quantum3 Group, LLC (FR)) |

Description: (5-1) Unsecured Debt

Remarks: 1179 – Ann Taylor CC / 2691

| | | |
|---|---|---|
| Creditor: (25565743)<br>American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | **Claim No: 6**<br>*Original Filed*<br>*Date*: 06/04/2015<br>*Original Entered*<br>*Date*: 06/04/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Becket & Lee, LLP (LB)<br>*Modified:* |

| Amount | claimed: | $1125.63 | ✓ |
|---|---|---|---|

History:

| | | | |
|---|---|---|---|
| Details | 6-1 | 06/04/2015 | Claim #6 filed by American Express Centurion Bank, Amount claimed: $1125.63 (Becket & Lee, LLP (LB)) |

2008



| *Description:* (6-1) CREDIT CARD DEBT |
|---|
| *Remarks:* |

| *Creditor:* (25584915) American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | **Claim No: 7** *Original Filed Date*: 06/15/2015 *Original Entered Date*: 06/15/2015 | *Status:* *Filed by:* CR *Entered by:* Becket & Lee, LLP (LB) *Modified:* |
|---|---|---|
| Amount claimed: $635.04 | | |
| *History:* Details 7-1 06/15/2015 Claim #7 filed by American Express Bank, FSB, Amount claimed: $635.04 (Becket & Lee, LLP (LB)) | | |
| *Description:* (7-1) CREDIT CARD DEBT — Delta | | |
| *Remarks:* 1003 | | |

| *Creditor:* (25619850) PYOD LLC c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | **Claim No: 8** *Original Filed Date*: 06/30/2015 *Original Entered Date*: 06/30/2015 | *Status:* *Filed by:* CR *Entered by:* Resurgent Capital Services *Modified:* |
|---|---|---|
| Amount claimed: $1956.63 | | |
| *History:* Details 8-1 06/30/2015 Claim #8 filed by PYOD LLC, Amount claimed: $1956.63 (Resurgent Capital Services) | | |
| *Description:* 3846 — Citybank | | |
| *Remarks:* | | |

| *Creditor:* (25626220) Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | **Claim No: 9** *Original Filed Date*: 07/01/2015 *Original Entered Date*: 07/01/2015 | *Status:* *Filed by:* CR *Entered by:* GE Money Bank *Modified:* |
|---|---|---|
| Amount claimed: $336.21 | | |
| *History:* Details 9-1 07/01/2015 Claim #9 filed by Synchrony Bank, Amount claimed: $336.21 (GE Money Bank) | | |
| *Description:* 2339 cc | | |
| *Remarks:* (9-1) TJX RewardsMasterCard or GEMB or GECRB | | |




| *Creditor:* (25345886) Carla C Rabassa MD 3045 SW 81 Ave Miami, FL 33155 | **Claim No: 10** *Original Filed Date*: 04/12/2017 *Original Entered Date*: 04/12/2017 | *Status:* *Filed by:* CR *Entered by:* KM *Modified:* |
|---|---|---|



| Amount | claimed: | $4100.00 | |
|---|---|---|---|

History:

| Details | 10-1 | 04/12/2017 | Claim #10 filed by Carla C Rabassa MD, Amount claimed: $4100.00 (Karla) |
|---|---|---|---|

Description:

Remarks:



LATE

| Creditor: (25345892)<br>Monica Rabassa<br>7481 SW Miller Rd<br>Miami, FL 33155 | **Claim No: 11**<br>*Original Filed Date*: 04/12/2017<br>*Original Entered Date*: 04/12/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* KM<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $4800.00 | |
|---|---|---|---|

History:

| Details | 11-1 | 04/12/2017 | Claim #11 filed by Monica Rabassa, Amount claimed: $4800.00 (Karla) |
|---|---|---|---|

Description:

Remarks:

LATE

| Creditor: (25345891)<br>Miriam Rabassa<br>1171 SW 85 Ave<br>Miami, FL 33144 | **Claim No: 12**<br>*Original Filed Date*: 04/12/2017<br>*Original Entered Date*: 04/12/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* KM<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $3300.00 | |
|---|---|---|---|

History:

| Details | 12-1 | 04/12/2017 | Claim #12 filed by Miriam Rabassa, Amount claimed: $3300.00 (Karla) |
|---|---|---|---|

Description:

Remarks:

## Claims Register Summary

REVIEWED BY CLC
DEC 27 2017

**Case Name:** Miriam C. Rivkind
**Case Number:** 6:15-bk-01933-KSJ
**Chapter:** 7
**Date Filed:** 03/06/2015
**Total Number Of Claims:** 12

| **Total Amount Claimed*** | $5028061.77 |
|---|---|
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $0.00 | |
| **Priority** | $0.00 | |
| **Administrative** | | |

---


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/27/2017 16:46:30 | | | |
| **PACER Login:** | cm1112:2680881:0 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 6:15-bk-01933-KSJ Filed or Entered From: 1/1/1985 Filed or Entered To: 1/2/2018 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 6:15-bk-01933-KSJ
Case Name: RIVKIND, MIRIAM C.
Trustee Name: Carla Musselman, Trustee

Balance on hand $ 113,460.86

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Carla Musselman, Trustee | $ 8,953.70 | $ 0.00 | $ 8,953.70 |
| Trustee Expenses: Carla Musselman, Trustee | $ 160.29 | $ 0.00 | $ 160.29 |
| Attorney for Trustee Fees: Winderweedle Haines Ward & Woodman, PA | $ 34,631.52 | $ 0.00 | $ 34,631.52 |
| Attorney for Trustee Expenses: Winderweedle Haines Ward & Woodman, PA | $ 275.48 | $ 0.00 | $ 275.48 |

Total to be paid for chapter 7 administrative expenses $ 44,020.99

Remaining Balance $ 69,439.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 03 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 69,439.87

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,015,861.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01 | Bell South Telecommunications, Inc. | $ 138.38 | $ 0.00 | $ 1.92 |
| 02 | BB&T | $ 11,320.44 | $ 0.00 | $ 156.72 |
| 04 | Jeena Tomasheski | $ 5,000,000.00 | $ 0.00 | $ 69,220.28 |
| 05 | Quantum3 Group LLC | $ 349.44 | $ 0.00 | $ 4.84 |
| 06 | American Express Centurion Bank | $ 1,125.63 | $ 0.00 | $ 15.58 |
| 07 | American Express Bank, FSB | $ 635.04 | $ 0.00 | $ 8.79 |
| 08 | PYOD, LLC | $ 1,956.63 | $ 0.00 | $ 27.09 |
| 09 | Synchrony Bank | $ 336.21 | $ 0.00 | $ 4.65 |

Total to be paid to timely general unsecured creditors $ 69,439.87

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 12,200.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Carla C Rabassa MD | $ 4,100.00 | $ 0.00 | $ 0.00 |
| 11 | Monica Rabassa | $ 4,800.00 | $ 0.00 | $ 0.00 |
| 12 | Miriam Rabassa | $ 3,300.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE