ORDERED.

Dated: April 20, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In Re:                                                                                    Case No. 6:15-bk-01933-KSJ
                                                                                          Chapter 7
MIRIAM C. RIVKIND,

      Debtor.
_____/

### ORDER OVERRULING LIMITED OBJECTION
### TO THE FINAL REPORT OF TRUSTEE, CARLA P. MUSSELMAN

THIS CASE came on for hearing on April 17, 2018, at 11:00 a.m., on the Notice of Final Report of Trustee and Applications for Compensation and Deadline to Object (NFR) (Doc. No. 96) and the Limited Objection to the Final Report of Trustee, Carla P. Musselman filed by Creditor, Jeena Tomasheski ("Objection") (Doc. No. 97). After considering the Objection and the arguments of counsel and being otherwise fully advised in the premises, it is

**ORDERED** that the Objection (Doc. No. 97) is OVERRULED.

Bradley M. Saxton is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the Order.