# UNITED STATES BANKRUPTCY COURT
## MIDDLE **DISTRICT OF** FLORIDA
### ORLANDO **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RIVKIND, MIRIAM C. | § | Case No. 6:15-bk-01933-KSJ |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Carla Musselman, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 100.00
*(Without deducting any secured claims)*

Assets Exempt: 408,261.04

Total Distributions to Claimants:  69,439.87

Claims Discharged
Without Payment:  4,991,721.11

Total Expenses of Administration:  44,634.13

---

3) Total gross receipts of $ 114,074.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 114,074.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 44,634.13 | 44,634.13 | 44,634.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,099.21 | 5,028,061.77 | 5,028,061.77 | 69,439.87 |
| **TOTAL DISBURSEMENTS** | $ 33,099.21 | $ 5,072,695.90 | $ 5,072,695.90 | $ 114,074.00 |

4)  This case was originally filed under chapter 7 on  03/06/2015 .  The case was pending for 42 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/05/2018                    By:/s/Carla Musselman, Trustee
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Homestead - 378 Washington Pierson, FL | 1110-000 | 10,000.00 |
| Annuities - New York Life annuity | 1129-000 | 50,000.00 |
| Annuities - The Standard annuity | 1129-000 | 40,000.00 |
| 2012 Honda CRV - VIN: 5J6RM3H31CL036692 | 1129-000 | 14,000.00 |
| 2014 Income Tax Refund | 1224-000 | 74.00 |
| TOTAL GROSS RECEIPTS | | $ 114,074.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:CARLA MUSSELMAN | 2100-000 | NA | 8,953.70 | 8,953.70 | 8,953.70 |
| TRUSTEE EXPENSES:CARLA MUSSELMAN | 2200-000 | NA | 160.29 | 160.29 | 160.29 |
| UNION BANK | 2600-000 | NA | 613.14 | 613.14 | 613.14 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):WINDERWEEDLE HAINES WARD & WOODMAN | 3210-000 | NA | 34,631.52 | 34,631.52 | 34,631.52 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):WINDERWEEDLE HAINES WARD & WOODMAN | 3220-000 | NA | 275.48 | 275.48 | 275.48 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 44,634.13 | $ 44,634.13 | $ 44,634.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 03 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T Mobility PO Box 536216 Atlanta, GA 30353-6216 | | 529.99 | NA | NA | 0.00 |
| | American Express PO Box 650448 Dallas, TX 75265 | | 780.04 | NA | NA | 0.00 |
| | American Express PO Box 650448 Dallas, TX 75265 | | 302.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ann Taylor PO Box 182273 Columbus, OH 43218 | | 302.30 | NA | NA | 0.00 |
| | BB&T PO Box 580435 Charlotte, NC 28258-0435 | | 11,597.11 | NA | NA | 0.00 |
| | Bank of America PO Box 15019 Wilmington, DE 19886-5019 | | 5,463.42 | NA | NA | 0.00 |
| | Broward Adjustment Svcs 2876 E Oakland Blvd PO Box 11879 Fort Lauderdale, FL 33339 | | 411.16 | NA | NA | 0.00 |
| | Carla C Rabassa MD 3045 SW 81 Ave Miami, FL 33155 | | 3,000.00 | NA | NA | 0.00 |
| | Citgo Processing Center Des Moines, IA 50363-0005 | | 1,986.63 | NA | NA | 0.00 |
| | Jeena Tomasheski c/o Scott B. Smith 515 N. Flagler Drive, 10th Floor West Palm Beach, FL 33401 | | 0.00 | NA | NA | 0.00 |
| | Macy`s PO Box 183083 Columbus, OH 43218 | | 131.95 | NA | NA | 0.00 |
| | Macys 9111 Duke Blvd Mason, OH 45040 | | 1,954.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Miriam Rabassa 1171 SW 85 Ave Miami, FL 33144 | | 3,300.00 | NA | NA | 0.00 |
| | Monica Rabassa 7481 SW Miller Rd Miami, FL 33155 | | 2,295.44 | NA | NA | 0.00 |
| | Nordstrom Bank Visa P O Box 79137 Phoenix, AZ 85062-9137 | | 192.35 | NA | NA | 0.00 |
| | Quest Diagnostics PO Box 740781 Cincinnati, OH 45274-0781 | | 414.78 | NA | NA | 0.00 |
| | Radiology Specialists of Fl PO Box 864552 Orlando, FL 32886-4552 | | 100.76 | NA | NA | 0.00 |
| | SYNCB/TJ Max PO Box 965016 Orlando, FL 32896 | | 336.00 | NA | NA | 0.00 |
| | State Farm Insurance One State Farm Plaza Bloomington, IL 61710 | | 0.00 | NA | NA | 0.00 |
| 07 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 635.04 | 635.04 | 8.79 |
| 06 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 1,125.63 | 1,125.63 | 15.58 |
| 02 | BB&T | 7100-000 | NA | 11,320.44 | 11,320.44 | 156.72 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 04 | JEENA TOMASHESKI | 7100-000 | NA | 5,000,000.00 | 5,000,000.00 | 69,220.28 |
| 08 | PYOD, LLC | 7100-000 | NA | 1,956.63 | 1,956.63 | 27.09 |
| 01 | BELLSOUTH TELECOMMUNICATIONS, INC. | 7100-001 | NA | 138.38 | 138.38 | 1.92 |
| 05 | QUANTUM3 GROUP LLC | 7100-001 | NA | 349.44 | 349.44 | 4.84 |
| 09 | SYNCHRONY BANK | 7100-001 | NA | 336.21 | 336.21 | 4.65 |
| 10 | CARLA C RABASSA MD | 7200-000 | NA | 4,100.00 | 4,100.00 | 0.00 |
| 12 | MIRIAM RABASSA | 7200-000 | NA | 3,300.00 | 3,300.00 | 0.00 |
| 11 | MONICA RABASSA | 7200-000 | NA | 4,800.00 | 4,800.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 33,099.21 | $ 5,028,061.77 | $ 5,028,061.77 | $ 69,439.87 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | |
|---|---|
| Case No: | 15-01933   KSJ   Judge: Karen S. Jennemann |
| Case Name: | RIVKIND, MIRIAM C. |
| For Period Ending: | 08/05/18 |

| | |
|---|---|
| Trustee Name: | Carla Musselman, Trustee |
| Date Filed (f) or Converted (c): | 03/06/15 (f) |
| 341(a) Meeting Date: | 04/08/15 |
| Claims Bar Date: | 07/07/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead - 378 Washington Pierson, FL | 148,858.00 | 10,000.00 | | 10,000.00 | FA |
| 2. Financial Accounts BBT 6936 | 350.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 4. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 5. Furs and Jewelry | 100.00 | 100.00 | | 0.00 | FA |
| 6. Annuities - New York Life annuity | 129,809.26 | 50,000.00 | | 50,000.00 | FA |
| 7. Annuities - The Standard annuity | 104,000.00 | 40,000.00 | | 40,000.00 | FA |
| 8. Pension / Profit Sharing Fidelity IRA | 23,243.78 | 0.00 | | 0.00 | FA |
| 9. Contingent Claims - Possible Bad Faith Claim | Unknown | 10,000.00 | OA | 0.00 | FA |
| 10. 2012 Honda CRV - VIN: 5J6RM3H31CL036692 | 16,850.00 | 14,000.00 | | 14,000.00 | FA |
| 11. Animals | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2014 Income Tax Refund (u) | 0.00 | 74.00 | | 74.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $424,211.04 | $124,174.00 | $114,074.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 20.00j

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 15-01933    KSJ   Judge: Karen S. Jennemann |
|---|---|
| Case Name: | RIVKIND, MIRIAM C. |

| | |
|---|---|
| Trustee Name: | Carla Musselman, Trustee |
| Date Filed (f) or Converted (c): | 03/06/15 (f) |
| 341(a) Meeting Date: | 04/08/15 |
| Claims Bar Date: | 07/07/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

04/07/15:  Motion to Dismiss Case. as Bad Faith Filing Pursuant to 11 U.S.C. Section 707(a)

04/08/15:  341 meeting held and continued

05/06/15:  341 meeting held and continued

05/20/15:  341 meeting held and continued

05/28/15:  Application to Employ Bradley M. Saxton and the law firm of Winderweedle, Haines, Ward & Woodman, PA as

attorney

06/03/15:  341 meeting held and concluded.

06/08/15:  Order Approving Application to Employ Bradley M. Saxton and the firm of Winderweedle, Haines, Ward & Woodman,

P.A.

10/15: Trial on objection to exemptions scheduled in December 2015.

11/23/15:  Order Granting Motion for Stacy Eckert to Withdraw as Counsel for Debtor

11/23/15:  Order Granting Motion to Extend Time to File Responses to Trustee's Discovery Request.

09/17: Final settlement payment received. Case is ready to close, pending final fee applications.

RE PROP# 1---The East 1/2 of The West 1/2 of The Southwest 1/4 of The Southeast 1/4 of Section 28, Township 14 South,

Range 28 East, lying and being situated in Volusia County, Florida. Property is 11+/- acres inside the city limits of

Pierson.  Debtor's homestead exemption is for 1/2 acre of land and the home. a/k/a 378 W Washington Ave Pierson. Fl

32180

07/15: Objection to Exemptions filed

09/16: Motion for settlement and compromise. Debtor to pay $100k to settle all matters related to objection to

exemptions for assets 1,6, & 7.

Ver: 20.00j

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-01933    KSJ    Judge: Karen S. Jennemann | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | RIVKIND, MIRIAM C. | Date Filed (f) or Converted (c): | 03/06/15 (f) |
| | | 341(a) Meeting Date: | 04/08/15 |
| | | Claims Bar Date: | 07/07/15 |

10/16: Order granting compromise.

09/17: Withdrawal of objection to exemptions after satisfaction of compromise monies.

RE PROP# 3---couch, loveseat, 3 end tables, table & 8 chairs, refrigerator, stove, microwave, table & 3 chairs, 3 beds,

bunk beds, 3 dressers, 2 end tables, photo albums, christmas decorations, tools, freezer

RE PROP# 4---everyday clothing and shoes

RE PROP# 5---earrings and wedding band

RE PROP# 6---05/15: Debtor purchased annuity 8/06/12 in the amount of $125,000.

07/15: Objection to exemptions.

09/16: Motion for settlement and compromise. Debtor to pay $100k to settle all matters related to objection to

exemptions for assets 1,6, & 7.

10/16: Order granting compromise.

09/17: Withdrawal of objection to exemptions after satisfaction of compromise monies.

RE PROP# 7---05/15: Debtor purchased annuity oon 8/09/12 for $100,000.

07/15: Objection to exemptions.

09/16: Motion for settlement and compromise. Debtor to pay $100k to settle all matters related to objection to

exemptions for assets 1,6, & 7.

10/16: Order granting compromise.

09/17: Withdrawal of objection to exemptions after satisfaction of compromise monies.

RE PROP# 8---Rollover funds from Nationwide Retirement account 403b

RE PROP# 9---Potential claim against State Farm Insruance for denial of coverage/improper coverage/fraud

03/16: Debtor amended to disclose asset again after state court ruling adding E&O coverage claim against State Farm.

09/16: Trustee still investigating claim. Trustee value of claim is minimal to comply with UST reporting requirements of

2nd interim cycle. Trustee has meet with debtor and debtor attorney to determine cause of action at length. Debtor

provided trustee with potential special counsel who is still reviewing the facts.

10/19/16:  Notice of Abandonment filed

RE PROP# 10---2012 Honda CRV, 15000 miles, good condition

05/15: Estate named as loss payee and additional insured.

08/03/15:  Notice of Intent to Sell filed

08/31/15:  Report of Sale filed

RE PROP# 11---dog

RE PROP# 12---05/15: Debtor recieving $74 with no EIC.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    4

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 15-01933    KSJ    Judge: Karen S. Jennemann | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | RIVKIND, MIRIAM C. | Date Filed (f) or Converted (c): | 03/06/15 (f) |
| | | 341(a) Meeting Date: | 04/08/15 |
| | | Claims Bar Date: | 07/07/15 |

Initial Projected Date of Final Report (TFR): 08/31/16      Current Projected Date of Final Report (TFR): 01/31/18

**FORM 2**

Page:    1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:       15-01933  -KSJ
Case Name:     RIVKIND, MIRIAM C.

Taxpayer ID No: *******5197
For Period Ending: 08/05/18

Trustee Name:           Carla Musselman, Trustee
Bank Name:              UNION BANK
Account Number / CD #:  *******6068  Checking Account

Blanket Bond (per case limit):  $ 21,463,797.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  06/04/15 | | INTERNAL REVENUE SERVICE Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | Income Tax refund | 1224-000 | 74.00 | | 74.00 |
| 06/04/15 | 12 | Asset Sales Memo: | 2014 Income Tax Refund  $74.00 | | | | 74.00 |
| C  07/23/15 | | MIRIAM C. RIVKIND 378 WEST WASHINGTON AVENUE PIERSON, FL  32180 | Buyback Installment | 1129-000 | 14,000.00 | | 14,074.00 |
| 07/23/15 | 10 | Asset Sales Memo: | 2012 Honda CRV - VIN: 5J6RM3H31CL036692 $14,000.00 | | | | 14,074.00 |
| C  08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 14,059.00 |
| C  09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.91 | 14,038.09 |
| C  10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.21 | 14,017.88 |
| C  11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.86 | 13,997.02 |
| C  12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.16 | 13,976.86 |
| C  01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.80 | 13,956.06 |
| C  02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.71 | 13,935.35 |
| C  03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 19.35 | 13,916.00 |

Page Subtotals      14,074.00      158.00

Ver: 20.00j

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 15-01933 -KSJ | |
| Case Name: | RIVKIND, MIRIAM C. | |

| | |
|---|---|
| Trustee Name: | Carla Musselman, Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******6068  Checking Account |

Taxpayer ID No: *******5197
For Period Ending: 08/05/18

Blanket Bond (per case limit): $ 21,463,797.00
Separate Bond (if applicable):

| | 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| C | 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.65 | 13,895.35 |
| C | 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 19.95 | 13,875.40 |
| C | 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.59 | 13,854.81 |
| C | 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 19.90 | 13,834.91 |
| C | 08/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.53 | 13,814.38 |
| C | 09/22/16 | | MIRIAM C. RIVKIND 378 WEST WASHINGTON AVENUE PIERSON, FL  32180 | Settlement of Adversary | 1110-000 | 10,000.00 | | 23,814.38 |
| | 09/22/16 | 1 | Asset Sales Memo: | Homestead - 378 Washington Pierson, FL $10,000.00 | | | | 23,814.38 |
| C | 09/26/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 20.50 | 23,793.88 |
| C | 10/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 23.64 | 23,770.24 |
| C | 11/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.26 | 23,734.98 |
| C | 12/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 34.09 | 23,700.89 |
| C | 01/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.17 | 23,665.72 |
| C | 02/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.21 | 23,630.51 |

| | | |
|---|---|---|
| Page Subtotals | 10,000.00 | 285.49 |

Ver: 20.00j

# FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-01933 -KSJ |
|---|---|
| Case Name: | RIVKIND, MIRIAM C. |

| Taxpayer ID No: | *******5197 |
|---|---|
| For Period Ending: | 08/05/18 |

| Trustee Name: | Carla Musselman, Trustee |
|---|---|
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******6068  Checking Account |

| Blanket Bond (per case limit): | $ 21,463,797.00 |
|---|---|
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  03/27/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 31.77 | 23,598.74 |
| C  04/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.11 | 23,563.63 |
| C  05/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 33.93 | 23,529.70 |
| C  06/26/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 35.01 | 23,494.69 |
| C  07/25/17 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 33.83 | 23,460.86 |
| C  08/14/17 | | MIRIAM C. RIVKIND 378 WEST WASHINGTON AVENUE PIERSON, FL  32180 | Preference / Fraudulent Transfer | 1129-000 | 90,000.00 | | 113,460.86 |
| 08/14/17 | 6 | Asset Sales Memo: | Annuities - New York Life annuity  $50,000.00 | | | | 113,460.86 |
| 08/14/17 | 7 | Asset Sales Memo: | Annuities - The Standard annuity  $40,000.00 | | | | 113,460.86 |
| C  05/17/18 | 003001 | CARLA MUSSELMAN TRUSTEE 1619 DRUID ROAD MAITLAND, FL 32751 | Chapter 7 Compensation/Fees | 2100-000 | | 8,953.70 | 104,507.16 |
| C  05/17/18 | 003002 | CARLA MUSSELMAN TRUSTEE 1619 DRUID ROAD MAITLAND, FL 32751 | Chapter 7 Expenses | 2200-000 | | 160.29 | 104,346.87 |
| C  05/17/18 | 003003 | Winderweedle Haines Ward & Woodman, PA Attn:  Brad Saxton 329 Park Avenue North, Second Floor | Claim ATTY  FEES, Payment 100.000000% | 3210-000 | | 34,631.52 | 69,715.35 |

| | Page Subtotals | 90,000.00 | 43,915.16 |
|---|---|---|---|

Ver: 20.00j

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| | |
|---|---|
| Case No: | 15-01933  -KSJ |
| Case Name: | RIVKIND, MIRIAM C. |
| Taxpayer ID No: | *******5197 |
| For Period Ending: | 08/05/18 |

| | |
|---|---|
| Trustee Name: | Carla Musselman, Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******6068  Checking Account |
| Blanket Bond (per case limit): | $ 21,463,797.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Winter Park, FL 32789 | | | | | |
| C   05/17/18 | 003004 | Winderweedle Haines Ward & Woodman, PA<br>Attn:  Brad Saxton<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789 | Claim ATTY  EXPS, Payment<br>100.000000% | 3220-000 | | 275.48 | 69,439.87 |
| C   05/17/18 | 003005 | BB&T<br>Bankrupty Section<br>100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894 | Claim 02, Payment 1.384398%<br>1402 | 7100-000 | | 156.72 | 69,283.15 |
| C   05/17/18 | 003006 | Jeena Tomasheski<br>c/o Scott B. Smith<br>515 N. Flagler Drive,<br>10th Floor<br>West Palm Beach, FL 33401 | Claim 04, Payment 1.384406%<br>(4-1) Based upon injury caused by<br>negligent operation of a motor vehicle | 7100-000 | | 69,220.28 | 62.87 |
| C   05/17/18 | 003007 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 06, Payment 1.384114%<br>2008 | 7100-000 | | 15.58 | 47.29 |
| C   05/17/18 | 003008 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 07, Payment 1.384165%<br>1003 - Delta | 7100-000 | | 8.79 | 38.50 |
| | | | Page Subtotals | | 0.00 | 69,676.85 | |

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-01933  -KSJ | | Trustee Name: | Carla Musselman, Trustee |
| Case Name: | RIVKIND, MIRIAM C. | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6068  Checking Account |
| Taxpayer ID No: | *******5197 | | | |
| For Period Ending: | 08/05/18 | | Blanket Bond (per case limit): | $ 21,463,797.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   05/17/18 | 003009 | PYOD, LLC<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 08, Payment 1.384523%<br>3846 - Citibank | 7100-000 | | 27.09 | 11.41 |
| C   05/17/18 | 003010 | United States Bankruptcy Court<br>400 West Washington St. Suite 5100<br>Orlando, Florida  32801 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #     DIVIDEND<br>==================================<br>1          01          1.92<br>5          05          4.84<br>9          09          4.65 | <br><br><br><br>7100-001<br>7100-001<br>7100-001 | | 11.41 | 0.00 |

|  | | Deposits ($) | Disbursements ($) | Account Balance ($) |
|---|---|---|---|---|
| COLUMN TOTALS | | 114,074.00 | 114,074.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 114,074.00 | 114,074.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 114,074.00 | 114,074.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******6068 | 114,074.00 | 114,074.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 114,074.00 | 114,074.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                          0.00              38.50

Ver: 20.00j

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    6

**Exhibit 9**

| | |
|---|---|
| Case No: | 15-01933  -KSJ |
| Case Name: | RIVKIND, MIRIAM C. |
| Taxpayer ID No: | *******5197 |
| For Period Ending: | 08/05/18 |

| | |
|---|---|
| Trustee Name: | Carla Musselman, Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******6068  Checking Account |
| Blanket Bond (per case limit): | $ 21,463,797.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 |

Ver: 20.00j

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*